UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARON LEON WELCH,<br><br>    Petitioner,<br><br>    v.<br><br>BRAD ESPINOSA,<br><br>    Respondent. | 1:05-CV-00251-AWI-TAG-HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE<br>(DOCUMENT #15) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 24, 2006, petitioner filed a motion to extend time to file a traverse in response to the answer of March 29, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a traverse, pursuant to the court's order of December 27, 2005.

IT IS SO ORDERED.

**Dated:   May 22, 2006**           /s/  **William M. Wunderlich**
bl0dc4                                         UNITED STATES MAGISTRATE JUDGE