# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARON LEON WELCH, | ) | 1:05-cv-00251-AWI-TAG HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION FOR DEFAULT JUDGMENT |
| | ) | |
| v. | ) | (Doc. 14) |
| | ) | |
| BRAD ESPINOSA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed his Petition on February 22, 2005. (Doc. 1). Pursuant to an order of the Court, Petitioner filed an amended petition on May 31, 2005. (Doc. 6). On December 27,2005, the Court ordered Respondent to file a response by March 30, 2006. (Doc. 9). Respondent filed a response on March 29, 2006. (Doc. 11). On March 30, 2006, Respondent lodged documents in this case. (Doc. 13). On April 7, 2006, Petitioner filed the instant motion for default judgment, arguing that he was entitled to default judgment because Respondent had not filed a response within the time permitted by the Court. (Doc. 14).

As is obvious from the foregoing chronology, Petitioner was mistaken in his assumption that Respondent had not filed a response on or before March 30, 2006. Accordingly, Petitioner's motion must be denied.

///

///

1

1    For the foregoing reasons, it is HEREBY ORDERED that Petitioner's motion for default

2    judgment (Doc. 14), is DENIED.

3

4    IT IS SO ORDERED.

5    Dated:   **February 22, 2007**                              **/s/ Theresa A. Goldner**

6    **j6eb3d**                                                  UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28